JULARD CONSTRUCTION COMPANY, Plaintiff-Appellant, *v.* PHILIP THOMSEN, Defendant-Appellee.

(No. 55842; )

First District—October 4, 1972.

Opinion by Mr. JUSTICE BURMAN.

George E. Brogan, of Chicago, for appellant.

McCarthy & Toomey, of Chicago, (Philip Thomsen, of counsel,) for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND MATTHEWS, Defendant-Appellant.

(No. 56051; )

First District—October 4, 1972.

